MARTIN T. SNYDER (SBN 58343)
SNYDER & HUNTER
A Professional Corporation
7039 Shirley Drive
Oakland, CA 94611
Telephone: (925) 691-0400
Facsimile: (925) 691-9785
E-mail: msnyder@snyderhunterlaw.com

Attorneys for Defendant HORTICA – FLORISTS' MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HORTICA – FLORISTS' MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-05616-RS<br>[Assigned for All Purposes to the Hon. Richard Seeborg]<br><br>**STIPULATION TO SET ASIDE DEFAULT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Defendant, HORTICA-FLORISTS' MUTUAL INSURANCE COMPANY, and Plaintiff, ST. PAUL MERCURY INSURANCE COMPANY, by and through their attorneys, that good cause exists to set aside the default entered herein against Defendant on April 2, 2015.

Plaintiff hereby withdraws its Motion for Default Judgment set for hearing on September 24. The parties ask that Defendant be allowed ten (10) days from the date of the Court's approval of the Stipulation to file an answer to the Complaint on file herein.

DATE: August 27, 2015                                                                    SNYDER & HUNTER

By: /s/ Martin T. Snyder
MARTIN T. SNYDER
Attorneys for Defendant,
HORTICA – FLORISTS MUTUAL
INSURANCE COMPANY

STIPULATION TO SET ASIDE DEFAULT; [PROPOSED] ORDER                                                  - 1 -

| | |
|---|---|
| 1  DATE: August 27, 2015 | THE AGUILERA LAW GROUP, APLC |
| 2 | |
| 3 | By: _____ |
| 4 | KARI M. MYRON<br>Attorneys for Plaintiff, |
| 5 | ST. PAUL MERCURY INSURANCE CO. |

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties hereto that there is good cause to set aside the default entered against Defendant HORTICA-FLORISTS' MUTUAL INSURANCE COMPANY and good cause appearing therefore:

IT IS HEREBY ORDERED that the default heretofore entered against Defendant, HORTICA-FLORISTS' MUTUAL INSURANCE COMPANY is set aside. Further, Plaintiff's Motion for Default Judgment, set for hearing on September ~~27~~ 24 is hereby taken off calendar. Defendant has ten (10) days from the entry of this order to answer the complaint on file herein.

DATED: 9/9/15          _____

JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA