AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
Northern District of California

ST. PAUL MERCURY INSURANCE COMPANY,

Plaintiff (s),

v.

HORTICA FLORISTS' MUTUAL INSURANCE COMPANY,

Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:14-CV-05616-RS

Notice is hereby given that, subject to approval by the court, Hortica Florists' Mutual Insurance Company substitutes
_____ (Party (s) Name)

Enrique Marinez _____, State Bar No. 160956 as counsel of record in
(Name of New Attorney)

place of Martin Thomas Snyder
_____
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Ropers Majeski Kohn & Bentley
Address: 1001 Marshall Street, Suite 500, Redwood City, CA 94063
Telephone: (650) 364-8200    Facsimile (650) 780-1701
E-Mail (Optional): enrique.marinez@rmkb.com

I consent to the above substitution.
Date: October 9, 2015

Hortica Florists Mutual Insurance Company
By: _____
(Signature of Party (s))
Jud Ankrom
CLAIM MANAGER

I consent to being substituted.
Date: October 12, 2015

_____
(Signature of Former Attorney (s))
Martin Thomas Snyder

I consent to the above substitution.
Date: October 12, 2015

_____
(Signature of New Attorney)
Enrique Marinez

The substitution of attorney is hereby approved and so ORDERED.

Date: October 22, 2015

_____
Judge
Honorable Richard Seeborg

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com