**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Scott La Salle, Esq. (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
slasalle@aguileragroup.com

Attorneys for Plaintiff, ST. PAUL MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation<br><br>Plaintiff,<br><br>vs.<br><br>HORTICA - FLORISTS' MUTUAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:14-cv-05616-NS<br>Hon. Richard Seeborg<br><br>[PROPOSED] ORDER TO DISMISS ENTIRE ACTION |

Pursuant to stipulation of Plaintiff ST. PAUL FIRE MERCURY INSURANCE COMPANY, and Defendant HORTICA – FLORISTS' MUTUAL INSURANCE COMPANY and good cause existing therefore,

**IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice, with each party to bear their own costs and fees.

Dated: 11/21, 2016

_____
Hon. Richard Seeborg
Judge of the District Court

1